**Opinion issued December 20, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00908-CR

————————————

## IN RE MENTAL HEALTH AND MENTAL RETARDATION AUTHORITY OF HARRIS COUNTY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

In this original proceeding, relator Mental Health and Mental Retardation Authority of Harris County seeks mandamus review of the trial court's June 26, 2012 order requiring MHMRA to provide court-ordered outpatient mental-health

treatment to R.B.[1]  We deny the petition for writ of mandamus and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1] The underlying proceeding is case No. 0690479, in the 184th District Court of Harris County, the Honorable Jan Krocker, presiding.